IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-229-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.     JON CHRISTOPHER BAKER,**

        Defendant.

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

The Sentencing Hearing is set for **June 18, 2013 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated:  May 7, 2013