**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Nicole D. Peterson  

Date: July 2, 2013

Criminal Action No.: 12-cr-00229-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Alecia R. Wolak |
| Plaintiff, | |
| v. | |
| JON CHRISTOPHER BAKER, | Matthew C. Golla |
| Defendant. | |

**SENTENCING MINUTES**

**3:02 p.m.     Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.  Also present, Special Agent Tina Fourkas, FBI.

Preliminary remarks by the Court.

Discussion regarding Doc. No. 59.

Comments by the Court.

Discussion regarding objections.

Argument by Mr. Golla.

Response by Ms. Wolak.

Comments and rulings by the Court.

*12-cr-00229-JLK*
*Sentencing*
*July 2, 2013*

Discussion regarding Government's Exhibits.

The Court takes Judicial Notice of Government's Exhibits 1 through 7.

3:50 p.m.     Government's witness, Tina Fourkas, called and sworn.

3:52 p.m.     Direct examination by Ms. Wolak.

4:25 p.m.     Cross examination begins by Mr. Golla.

4:33 p.m.     Witness excused.

Objection by Mr. Golla regarding Government's exhibits 4 and 6.

**Change of Plea Hearing:**   March 8, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Discussion regarding 3553a sentencing criteria.

Statement by Ms. Wolak.

Statement by Mr. Golla.

Defendant given an opportunity to make a statement prior to sentencing.

Comments and rulings by the Court.

**ORDERED:   Defendant's Motion For Below-Guideline Statutory Sentence (Filed 6/18/13; Doc. No. 52) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **40 years**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **LIFE**.

*12-cr-00229-JLK*
*Sentencing*
*July 2, 2013*

Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

**Conditions of supervised release:** None will be specified until the time or closely approximate to the release date of the Defendant.

Pursuant to Federal Rules of Criminal Procedure 32.2, an order and judgment of forfeiture shall be entered, as specified.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**5:09 p. m.    Court in recess.**
Hearing concluded.
Total in-court time: 2 hours 7 minutes.